```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI024168
Cashier ID: ls
Transaction Date: 06/14/2018
Payer Name: DONNA MAE AMINA
------------------------------------
CIVIL FILING FEE
 For: DONNA MAE AMINA
 Case/Party: D-HIX-1-18-CV-000225-001
 Amount:         $400.00
------------------------------------
CASH
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

NOTICE OF REMOVAL

CV-18-00225-DKW-KSC


A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```