IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J. P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2, <br><br> Plaintiff, <br><br> vs. <br><br> DONNA MAE AMINA also known as DONNA M. AMINA; MELVIN KEAKAKU AMINA, also known as MELVIN K. AMINA; ASSOCIATION OF APARTMENT OWNERS OF 2304 METCALF STREET; AND DOES 1 THROUGH 20, INCLUSIVE, <br><br> Defendants. | CV 18-00225 DKW-KSC <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on July 6, 2018 and served on all parties on July 9, 2018, and Defendants' July 16, 2018 objections being so inconsequential and lacking merit so as not to warrant further discussion or necessitate response,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Motion to Remand" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 20, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J. P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2 v. Donna Mae Amina, et al.*; Civil No. 18-00225 DKW KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**