**ORIGINAL**

Donna Mae Amina
Melvin Keakaku Amina
2304 Metcalf Street 2
Honolulu, HI 96822
(808) 949-5215

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2018

at __1__ o'clock and __46__ min. __P__ M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2, <br><br> Plaintiff, <br><br> v. <br><br> DONNA MAE AMINA, ALSO KNOWN AS DONNA M. AMINA; MEL VIN KEAKAKU AMINA ALSO KNOWN AS MELVIN K. AMINA; ASSOCIATION OF APARTMENT OWNERS OF 2304 METCALF STREET; and DOES 1 through 20, Inclusive, <br><br> Defendants. | CIVIL NO. <br> 18-00225 DKW-KSC <br><br><br><br> **NOTICE OF APPEAL** |

NOTICE OF APPEAL

1

1. Notice of Appeal is hereby given that Plaintiffs in the above named action appeal to the United States Court of Appeals for the Ninth Circuit from the following:

    a. [12] FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION TO REMAND ("F&R")

       entered on 07/06/2018

    b. [17] ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS RE [12]

       entered on 07/20/2018

2. Attached is a full, true and correct copy of each document Order or Judgment being appealed.

3. This Amended Notice of Appeal is timely filed within 30 days of the Order entered on 07/20/2018.

4. Appellants designate the record in its entirety.

5. The parties to the Judgment and Orders appealed from and the names and addresses of their respective attorneys are as follows:

Appellants:

    Melvin Amina, Plaintiff Pro Se
    Donna Amina, Plaintiff Pro Se
    2304 Metcalf Street
    Honolulu, HI 96822

NOTICE OF APPEAL

(808) 949-5215

Respondents:

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P.
MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET
BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2
c/o ADRIAN L. LAVARIAS
Bays Lung Rose & Holma
Topa Financial Center
700 Bishop St., Suite 900
Honolulu, HI 96813
(808) 523-9000
alavarias@legalhawaii.com

U.S. BANK NATIONAL ASSOCIATION
c/o ZACHARY K. KONDO
ALDRIDGE PITE, LLP
810 Richards Street, Suite 700
Honolulu, HI 96813
(808) 275-4490
zkondo@aldridgepite.com

U.S. BANK NATIONAL ASSOCIATION
c/o LLOYD T. WORKMAN
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
(858) 750-6700
lworkman@aldridgepite.com

Executed on: August 20, 2018

_____   _____
Donna Amina, Plaintiff Pro Se      Melvin Amina, Plaintiff Pro Se
2304 Metcalf Street                2304 Metcalf Street
Honolulu, HI  96822                Honolulu, HI  96822
(808) 949-5215                     (808) 949-5215

NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

On the date last written below, I served a true copy of the foregoing document upon the following parties in this action by First Class U. S. mail postage prepaid:

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2
c/o ADRIAN L. LAVARIAS
Bays Lung Rose & Holma
Topa Financial Center
700 Bishop St., Suite 900
Honolulu, HI 96813

U.S. BANK NATIONAL ASSOCIATION
c/o ZACHARY K. KONDO
ALDRIDGE PITE, LLP
810 Richards Street, Suite 700
Honolulu, HI 96813

U.S. BANK NATIONAL ASSOCIATION
c/o LLOYD T. WORKMAN
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935

Executed on: August 14, 2018    _Kauanimaeole Inima_
                                 (signed by person mailing)