cc KSC

Donna Mae Amina
Melvin Keakaku Amina
2304 Metcalf Street 2
Honolulu, HI 96822
(808) 949-5215

RECEIVED BY OVERNIGHT FILING
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 27 2018
at 7 o'clock and 41 min. A M.
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2,<br><br>Plaintiff,<br><br>v.<br><br>DONNA MAE AMINA, ALSO KNOWN AS DONNA M. AMINA; MEL VIN KEAKAKU AMINA ALSO KNOWN AS MELVIN K. AMINA; ASSOCIATION OF APARTMENT OWNERS OF 2304 METCALF STREET; and DOES 1 through 20, Inclusive,<br><br>Defendants. | CIVIL NO.<br>18-00225 DKW-KSC<br><br><br><br>**OBJECTION TO [25] ORDER** |

The Amina Defendants object to [25] Order, filed and entered 8/30/2018:

"Defendants are ordered to remit $3,559.09 to Plaintiff's counsel by 9/3/18."

1

1. The case was on appeal. The Amina Defendants' [21] Notice of Appeal was filed on 8/14/2018. Therefore, Ninth Circuit Court of Appeals had jurisdiction of this case as of the 8/20/2018 date of filing of the [25] Order, and consequently this District Court did not.

2. The removal was not improper, because of the problems with Hawaii's statehood (this is the issue on appeal). Since Hawaii lacks legal existence, no one can be a citizen of Hawaii. In particular, the Amina Defendants cannot be citizens of Hawaii, and therefore 28 U.S.C. § 1441(b)(2).

3. The [8] Motion never asked for attorney fees. The [8-2] Declaration of Adrian Lavarias never mentions attorney fees, costs or tax.

4. The Amina Defendants have never been served with anything about attorney fees, costs or tax. Therefore, this is the first opportunity to object.

5. The Amina Defendants never agreed to pay Plaintiff's attorney fees.

6. The attorney fees are excessive.

7. The symbol "$" apparently refers to Federal Reserve Notes, not lawful money (which to this day is defined as gold and silver coin). This Court lacks power to order payment made in anything but lawful money.

///

///

Executed on: August 27, 2018

_____
Donna Amina, Plaintiff Pro Se
2304 Metcalf Street
Honolulu, HI 96822
(808) 949-5215

_____
Melvin Amina, Plaintiff Pro Se
2304 Metcalf Street
Honolulu, HI 96822
(808) 949-5215

## CERTIFICATE OF SERVICE

On the date last written below, I served a true copy of the foregoing document upon the following parties in this action by First Class U. S. mail postage prepaid:

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2
c/o ADRIAN L. LAVARIAS
Bays Lung Rose & Holma
Topa Financial Center
700 Bishop St., Suite 900
Honolulu, HI 96813

U.S. BANK NATIONAL ASSOCIATION
c/o ZACHARY K. KONDO
ALDRIDGE PITE, LLP
810 Richards Street, Suite 700
Honolulu, HI 96813

U.S. BANK NATIONAL ASSOCIATION
c/o LLOYD T. WORKMAN
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935

Executed on: August 27, 2018    _____
                                                (signed by person mailing)